UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL FELIPE ALEMAN, <br><br> Plaintiff, <br><br> v. <br><br> RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, ET AL., <br><br> Defendant(s). | Case No. EDCV 22-269-CJC (KK) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's claims against defendants Acosta and Staggs are DISMISSED with prejudice and without leave to amend.

The Court will issue a separate order regarding service of the Second Amended Complaint on defendant Saidleman in his individual capacity.

Dated: June 13, 2022

HONORABLE CORMAC J. CARNEY
United States District Judge