UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL FELIPE ALEMAN,<br><br>Plaintiff,<br><br>v.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, ET AL.,<br><br>Defendant(s). | Case No. EDCV 22-269-CJC (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss the Second Amended Complaint is DENIED.

Dated: December 16, 2022

_____
HONORABLE CORMAC J. CARNEY
United States District Judge