UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL FELIPE ALEMAN, | Case No. EDCV 22-269-CJC (KK) |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, ET AL., | |
| Respondent. | |

On May 1, 2022, Plaintiff constructively filed a Second Amended Complaint ("SAC") pursuant to 42 U.S.C. § 1983. ECF Docket No. ("Dkt") 17. The sole remaining claim alleges defendant Saidleman ("Defendant") violated Plaintiff's Eighth Amendment right to be free from cruel and unusual punishment. Id.

On August 18, 2022, Defendant filed a Motion to Dismiss the SAC. Dkt. 35. On December 16, 2022, the Court denied Defendant's Motion to Dismiss the SAC. Dkt. 63. Hence, Defendant's Answer to the SAC was due no later than December 30, 2022. See FED. R. CIV. P. 12(a)(4)(A). As of this date, Defendant has not filed an Answer.

Accordingly, Defendant is ORDERED TO SHOW CAUSE in writing, **on or before January 12, 2023**, why Defendant has failed to file an Answer to the SAC.

1  Defendant is cautioned failure to timely respond to this Order may result in entry of
2  default, pursuant to Federal Rule of Civil Procedure 55(a), and/or sanctions.
3
4  Dated:  January 6, 2023
5  _____
   HONORABLE KENLY KIYA KATO
   United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28